# MINUTES

CASE NUMBER:     CR NO. 15-00327LEK

CASE NAME:       USA vs. MARVIN LEON WARE

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    06/09/2015                   TIME:

COURT ACTION:  EO:  Parties are in agreement to continue the trial date and all deadlines. New trial date and deadlines given.

Jury Selection/Trial is continued to 03/01/2016 at 09:00 AM before Judge Leslie E. Kobayashi.
Final Pretrial Conference is continued to 2/1/2016 at 02:00 PM before Magistrate Judge Barry M. Kurren.
Defendant's Motions due 1/19/2016.
Government's Response due 2/2/2016.

Time **to be** excluded from 7/21/2015 thru 3/1/2016 from the requirements of the Speedy Trial Act.

AUSA Mark W. Pletcher to prepare Stipulation Continuing Trial and Order Excluding Time for Judge Leslie E. Kobayashi's consideration.

Submitted by: Warren N. Nakamura, Courtroom Manager