# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 15-00327LEK |
| CASE NAME: | USA vs. MARVIN LEON WARE |
| ATTYS FOR PLA: | Mark W. Pletcher<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Randall K. Hironaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 12/14/2016 | TIME: | 2:55-4:25 |

COURT ACTION:  EP: Sentencing to Counts 1 and 2 of the Indictment.

Defendant Marvin Leon Ware present, not in custody.  Malia Eversole, U.S. Probation Officer, present.

Defendant plead guilty to Counts 1 and 2 of the Indictment on 3/14/2016 and was adjudged guilty.

Court accepts plea agreement.

Parties have had the opportunity to review and have reviewed the Presentence Report and had the opportunity to make any objections. Court places the PSR in the record under seal.

There are no Objections to the Presentence Report and the recommended sentencing guidelines.

Court findings made as to the applicable sentencing guidelines. Court adopts the factual findings of the PSR.

Court notes the aggravating and mitigating factors related to Defendant's Sentencing.

Court has received and reviewed the letter of support submitted on behalf of the Defendant.

Recommendations by Counsel as to proposed sentence heard. Statement made by Edward F. Dorman, III, Major General, U.S. Army.

Allocution by Defendant.

Court's proposed sentence stated. No legal objections to the proposed sentence. Court imposes sentence.

SENTENCE:

Imprisonment: 60 Months as to Count 1, and 87 Months as to Count 2, to run concurrently.
Supervised Release: 3 Years as to each of Counts 1 and 2, to run concurrently.
Probation: Not recommended.
Fine: None.
Restitution: $ 765,000.00.
Special Assessment: $ 200.00 ($ 100.00 as to each count)

**Conditions of Supervised Release:**

You must abide by the mandatory and standard conditions of supervision, including the following conditions:

Since the defendant does not have a recent history of substance abuse and the offense is not drug-related, the **Court hereby waives the mandatory drug test condition.**

You must cooperate in the collection of DNA as directed by the probation officer. (mandatory condition)

You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you are released, unless the probation officer instructs you to report to a different probation office or within a different time frame. (standard condition)

**Special Conditions of Supervised Release:**

1. Restitution of $765,000.00 is due to the United States Army. Any unpaid balance is to be paid during the period of supervision in monthly installments of 10% of your gross monthly income, commencing 30 days after the start of supervision. The court may order that this requirement be changed from time to time as your circumstances warrant, but no court order shall be required for your voluntary agreement to pay more than the court-ordered amount. Interest is waived. Payments must be made by payroll deduction, when applicable. You must notify the probation officer of any change in your financial circumstances that affect your ability to pay. Your financial circumstances must be reviewed by the probation officer on at least an annual basis. **The victim's recovery is**

**limited to the amount of their loss and the defendant's liability for restitution ceases if and when the victim receives full restitution.**

2. You must not incur new credit charges, or open additional lines of credit, or apply for any loans without the prior approval of the probation officer.

3. You must apply all monies received from income tax refunds, lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation, at the discretion and direction of the court.

4. You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

5. You must participate in a mental health assessment, and any recommended treatment in a mental health program, and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (such as provider, location, modality, duration and intensity).

6. You must not engage in any form of gambling (including, but not limited to, lotteries, on-line wagering, sports betting) and you must not enter any casino or other establishment where gambling is the primary purpose (such as horse race tracks, off-track betting establishment, cock fights).

7. You must submit your person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**Motion for Forfeiture to be submitted by USA.  Any amount forfeited will be attributed to the Restitution payment to be made by the Defendant.**

Judicial Recommendations:

Defendant to be placed at FCI Marianna or FPC Pensacola or at any other facility that is closest geographically to Panama City, Florida where Defendant's family support is located.

**Govt's Oral Motion to Dismiss Counts 3 and 4 of the Indictment is  Granted and terminated.**

Defendant advised of his right to appeal within 14 days of entry of judgment.

Defendant to Self Surrender:  to the FCI designated by BOP on or before January 25, 2017 by 12:00 PM.

Defendant's current conditions of release to continue until his self surrender.

Submitted by: Warren N. Nakamura, Courtroom Manager